

# THE THIRTEENTH COURT OF APPEALS

---

13-20-00428-CR

---

TREY WAYNE FRICKS
v.
THE STATE OF TEXAS

---

On Appeal from the
24th District Court of Refugio County, Texas
Trial Court Cause No. 2019-08-6221

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERED.

We further order this decision certified below for observance.

May 26, 2022